## NOTICE AND DEMAND FOR LAWFUL MONEY

Be it now known to any and all parties forevermore that I am Karl Nathan (Me) and the PERSON known to others as KARL N YODER, have made, and still do make, my demand for lawful money: now, *ab initio* and *nunc pro tunc* (fraud by omission) for any and all dealings and transactions. This demand is made pursuant to law that binds all parties who are under and obligated to recognize the remedy found in Section 16 of the Federal Reserve Act of 1913, now codified at Title 12 United States Code §411. This demand renders Me, my substance, my exclusively held claims and possessions, and any other property or belongings held by Me excepted, immune, and apart from the claim(s) of any parties who bring debt-action *in assumpsit* (aka national debt/government debt as money) against Me and mine from within the false and presumptive notion that I am an admitted and volunteer signature endorser of the Federal Reserve's private credit.

Notwithstanding any other provision of law or contractual obligations; NO contract, nor shall any provision thereof, be construed to act or operate in any way or manner to eliminate, diminish, supersede, or otherwise modify any provision contained within this Notice and Demand. This Notice and Demand is now on and for the lawful record and is within the "exclusive original cognizance" of the United States by and through the Judiciary Act of 1789 Chapter 20, Page 77 'saving to suitors' in diversity of citizenship [Title 28 USC §1333] as I am outside the scope of any federal district *suae potestate esse* and in absolute ministerial capacity. Any and all parties claiming to preside, act or operate from within that realm are duly advised.

By: _____
KARL N YODER

State of Iowa,        }
                      } ss:
County of Washington  }

On this the 15th day of May, 2012, before me, the undersigned authority, a Notary Public in and for the State of Iowa, and the above written county, I do hereby claim and notarize that the above named party appeared before me, was identified and is known to me, and signed and affirmed before me this Notice and Demand.

William Earl Stout

May 17, 2012



# IOWA
# SECRETARY OF STATE

KARL N YODER
PO BOX 573
KALONA, IA 52247 USA

### CERTIFICATE OF NOTARY COMMISSION

I, MATT SCHULTZ, Secretary of State of the State of Iowa do hereby certify that WILLIAM EARL; STOUT was, on MAY 15, 2012, a Notary Public in and for the state of Iowa duly commissioned, qualified and empowered by the laws of this state to administer oaths, take acknowledgments of deeds and other written instruments, and exercise all other such powers and duties as by the laws of nations and according to commercial usage may be exercised and performed by Notaries Public, and that full faith and credit are due and should be given to the official acts of such Notary Public. The date of expiration of the commission is NOVEMBER 19, 2014.



_____
MATT SCHULTZ, SECRETARY OF STATE

176320

AFFIDAVIT OF SERVICE

)
)   Case No. N.A.
)

I, __John Valle__, do hereby state and affirm that on August 06, 2012, at __4:20__ a.m./p.m., I served Federal Reserve Bank of Chicago, 230 South LaSalle St, Chicago, IL 60604, with a(n) **Notice and Demand for Lawful Money** in the above-referenced case. Accepting the documents was Mary Sebby, Executive Assistant.

I certify that I am over the age of 18 and have no interest in the above-referenced matter.

_____, Process Server
Independent Contractor for Iowa Process Service
3101 Ingersoll Avenue, Suite 210
Des Moines, IA 50312
Phone: 877-816-4696
Job Number: 12-008321

Subscribed and sworn to before me on the ____ day of _____, 2012, by the affiant who is personally known to me.

_____
Notary Public in and for the State of Iowa

OFFICIAL SEAL
LESLIE VALLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/30/13

## Iowa Process Service

3101 Ingersoll Avenue, Ste. 210, Des Moines, IA 50312
Phone: 877-816-4696   Fax: 877-818-9844
Email: info@iowaserveprocess.com

### Field Sheet & Receipt

**Assigned to:**

**Serve To:** Federal Reserve Bank of Chicago
**Address:** 230 South LaSalle St, Chicago, IL 60604
**Priority:** Routine
**Job ID:** 12-008321
**Case No.**

**Special Instructions:** Serve an authorized agent. Have them sign this Fieldsheet & Receipt as a receipt for the Notice you are serving. Call or email service info and we will email your affidavit.

**Document(s):** Notice and Demand for Lawful Money

### SERVICE ATTEMPTS

Date/Time                Remarks                Left Card _____
                                                Neighbor Knock _____

1.) _____
2.) _____
3.) _____

Service Type:   Personal   Substitute   (Corporate)   Non-Service   Posted

Actual Service Date: 08-06 — 2012 at 4:20 AM / (PM)   Additional Address: 1 2 3

Person Served: Mary Sebby   Relationship: Exec. Ass.

Race: White   Sex: M (F)   Age: 53   Ht.: 5'6   Wt.: 150   Hair: Blond   Glasses (Y) N

Comments _____

I acknowledge receipt of the documents listed above:

x  *Mary Sebby*
     Signature of Recipient

## AFFIDAVIT OF SERVICE

)
)   Case No. N.A.
)

I, Linda Mathews, do hereby state and affirm that on July 26, 2012, an employee of Iowa Process Service mailed an original Notice and Demand for Lawful Money from our office at 3101 Ingersoll Avenue, Suite 210, Des Moines, IA 50312 to the Chicago process service firm of 24/7 Process Service & Investigation, 230 South Clark Street, Suite 170, Chicago, IL 60604 via Priority Mail at a cost of $4.97. See receipt attached. As of August 5, 2012, 24/7 Process Service & Investigation had not received the afore-mentioned original.

Iowa Process Service then emailed a copy of the Notice and Demand for Lawful Money to 24/7 Process Service & Investigation, and it was served by them on 8/6/2012, at 4:20 PM.

_Linda Mathews_
Linda Mathews, President
Iowa Process Service
3101 Ingersoll Avenue, Suite 210
Des Moines, IA 50312

Subscribed and sworn to before me this 15 day of August, 2012, by the affiant who is personally known to me.

_____
Notary Public in and for the State of Iowa



LINDSAY MONTGOMERY
Commission Number 765194
My Commission Expires
October 20, 2013

**Return Address:** Iowa Process Service
3101 Ingersoll Avenue
Suite 210
Des Moines, IA 50312

**Delivery Address:** John Valle
24/7 Process Service &
Investigations
230 South Clark Street
Suite 170
Chicago, IL 60604-1406

**Cost Code:**

**Class/Service:** Priority Mail ®  $4.97
**Special Services:**
  **Insurance:** N/A

                                    TOTAL COST:  $4.97

Tracking:

**Print Date:** July 26, 2012 - 04:14:53 PM
**Mail Date:** July 26, 2012
**User:** IAProcServ
**Weight:** 0 lbs 1 oz
**Refund Type:** Mail-In
**Printed Msg:**

AFFIDAVIT

**Hills Bank And Trust Company** Hills, Iowa 52235        **DEBIT MEMO**

Form 107-A

Date 8/16/2012

Description
Demand for lawful money
pursuant to 12 USC §411

A withdrawal of lawful money pursuant to 12 USC 411

*Karl Nath*

We CHARGED Your Account Number
∗ ███3818

AMOUNT
$ 46.00

⑈073913755⑈        66

| Denomination | Serial Number |
| --- | --- |
| $20 | JB21951402F |
| $20 | JK81774508A |
| $5  | JJ05905681A |
| $1  | J13357926C |

I, *Karl Nath*, do hereby state and affirm that on August 16, 2012, I received the aforementioned redeemed lawful money by demand pursuant to 12 U.S.C. §411 which was used to pay the miscellaneous case filing fee for the U. S. District Court Southern District of Iowa.

By: *Karl Nath*
Karl N Yoder

State of Iowa,         }
                       } ss:
County of Washington   }

Subscribed and sworn to me this 16th day of August, 2012, by the affiant who is personally known to me.

TYLER COBLENTZ
Commission Number 764997
My Commission Expires
10/7/15

Notary Public in and for the State of Iowa